■ In the Matter of STANLEY HILL et al., Appellants, v CITY OF NEW YORK et al., Respondents. [612 NYS2d 842] —Order and judgment (one paper), Supreme Court, New York County (Harold Tompkins, J.), entered February 24, 1993, unanimously affirmed for the reasons stated by Tompkins, J., without costs and without disbursements. No opinion. Concur— Carro, J. P., Wallach, Rubin and Nardelli, JJ.

■ In the Matter of EMONS INDUSTRIES, INC., Petitioner, v IRA GAMMERMAN et al., Respondents. [612 NYS2d 842] —Application of E.R. Squibb & Sons, Inc., for leave to file a brief as amicus curiae granted; petitioner's application granted to the extent of staying the trial on the issue of liability and directing that an order be executed and entered reflecting the disposition of the trial on the issue of damages and, upon filing of an appropriate notice of appeal, a preference in hearing argument thereof is *sua sponte* granted. No opinion. Concur—Rosenberger, J. P., Ross, Rubin, Nardelli and Tom, JJ.